___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Cassandra Lynnette Campbell, Debtor         Case No. 24-51451-KMS
                                                       CHAPTER 13

### AGREED ORDER

On the Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. (Dk #30) (the "Application") filed herein by counsel for the Debtor, the Court has been informed that after the U.S. Trustee's informal inquiry, the U.S. Trustee and Debtor have reached an agreement, and that the relief requested is appropriate.

IT IS THEREFORE ORDERED that Thomas C. Rollins, Jr. is awarded Attorney's fees in the amount of $1,536.00 and expenses in the amount of $186.30 for a total of $1,722.30.  The Trustee shall disburse an additional $1,722.30 to Thomas C. Rollins, Jr. as an administrative expense.  The Trustee may adjust the wage order as necessary.  The fee awards approved herein are approved on an interim basis, subject to a final fee application at the conclusion of this case, when all fees, including those awarded on an interim basis, shall be subject to final review.

##END OF ORDER##

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469), for the Debtor

/s/ Steven Usry
Steven Usry, U.S. Trustee
United States Department of Justice
Office of the United States Trustee, Region 5
501 East Court Street; Ste 6-430
Jackson, MS 39201
Office: (601) 965-5247, Cell: (202) 567-1023
Email: steven.usry@usdoj.gov