# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Cassandra Lynnette Campbell, Debtor          Case No. 24-51451-KMS
                                                       CHAPTER 13

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: June 12, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer Ann Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          P.O. Box 13767
                                          Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Cassandra Lynnette Campbell, Debtor          Case No. 24-51451-KMS
                                                                                    CHAPTER 13

**MOTION TO MODIFY BANKRUPTCY PLAN**

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on 10/10/2024 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor's 2014 Ford Explorer ("Vehicle") was deemed a total loss following an accident on May 26, 2025.
3. Debtor wishes to surrender the Vehicle to the Creditor, Bowers Auto, Inc. ("Creditor")
4. Viking Insurance Company of Wisconsin ("Insurance Company") should turn over all insurance proceeds covering the Vehicle to Trustee.
5. Creditor should transfer title of the Vehicle to Insurance Company.
6. Debtor wishes for Trustee to cease ongoing payments to Bowers Auto, Inc.'s secured claim. Bowers Auto, Inc. should be allowed to file a deficiency claim upon the sale of the vehicle.
7. Debtor wishes for the Trustee to adjust the plan payment to the amount necessary to cease ongoing distributions to Bowers Auto, Inc. and to continue to pay the priority and secured claims as ordered in the confirmed Plan.
8. Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                                                            Respectfully submitted

                                                            /s/ Thomas C. Rollins, Jr.
                                                            Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on June 12, 2025, to:

By USPS First Class Mail, Postage Prepaid:

  Bowers Auto, Inc.
  409 Front St. Ext.
  Meridian, MS 39301

  Viking Insurance Company of Wisconsin
  Attention: Robert Dominacki
  PO Box 8042
  Stevens Point, WI 54481

  Erykah Walker
  244 Country Road 5286
  Bay Springs, MS 39422-4534

By Electronic CM/ECF Notice:

  Chapter 13 Case Trustee

  U.S. Trustee

                <u>/s/ Thomas C. Rollins, Jr.</u>
                Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>Cassandra Lynnette Campbell | CASE NO: 24-51451-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/12/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/12/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>Cassandra Lynnette Campbell | CASE NO: 24-51451-KMS<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 6/12/2025, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/12/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| FIRST CLASS | FIRST CLASS | FIRST CLASS |
|---|---|---|
| BOWERS AUTO, INC.<br>409 FRONT ST. EXT.<br>MERIDIAN MS 39301 | VIKING INSURANCE COMPANY OF WISCONSIN<br>ATTENTION: ROBERT DOMINACKI<br>PO BOX 8042<br>STEVENS POINT WI 54481 | ERYKAH WALKER<br>244 COUNTRY ROAD 5286<br>BAY SPRINGS  MS 39422-4534 |