**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     Cassandra Lynnette Campbell, Debtor          Case No. 24-51451-KMS
                                                                                                    **CHAPTER 13**

### ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #___), the Court, having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtor shall surrender the 2014 Ford Explorer to the Creditor, Bowers Auto, Inc.  Viking Insurance of Wisconsin shall turn over all insurance proceeds covering the Vehicle to Trustee. Creditor shall transfer title of the Vehicle to Insurance Company. If any funds remain after the Vehicle is paid off, they shall be turned over to Debtor to purchase a replacement vehicle. Trustee shall cease ongoing payments to Creditor for the Vehicle. The bankruptcy plan shall be adjusted to the amount necessary to cease ongoing distributions to Bowers Auto, Inc. and to continue to pay the priority and secured claims as ordered in the confirmed plan. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists.  Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR