## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CASSANDRA L. CAMPBELL | ) | Case Number: 24-51451-KMS |
| | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

**NOW COMES** Nicholas D. Garrard of the law firm Wilkins Patterson, P.A. and gives notice to the Court and to all parties of his appearance as counsel of record for Red Oak Rentals, LLC.

**REQUEST** is further made by counsel, pursuant to Fed. R. Bankr. P. 2002, that all pleadings, notices, and any other papers filed or submitted in this case be served upon undersigned counsel at the office address and email address set forth below.

**RESPECTFULLY SUBMITTED**,

BY: **Red Oak Rentals, LLC**

BY: Wilkins Patterson, P.A.

/s/ *Nicholas D. Garrard*

Nicholas D. Garrard (MSB No. 102404)
Post Office Box 13429
Jackson, Mississippi 39236-3429
Telephone: 601-366-4343
Telefax: 601-981-7608
Email: ngarrard@wilkinspatterson.com

*Attorney for Creditor*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date I served a copy of this *Entry of Appearance and Request for Notice* by filing the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsels of record as follows:

T.C. Rollins, Jr.
*Attorney for Debtor*

David Rawlings
*Ch. 13 Trustee*

Office of the U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

So certified this the 1st day of July, 2025.

*/s/Nicholas D. Garrard*
Nicholas D. Garrard