**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CASSANDRA L. CAMPBELL** | ) | Case Number: 24-51451-KMS |
| | ) | |
| | ) | |
| **Debtor** | ) | **CHAPTER 13** |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND**
**ABANDONING PROPERTY FROM THE ESTATE**

Came on for consideration this day, upon the motion for abandonment of property and relief from automatic stay of Red Oak Rentals, LLC [**Doc. 36**] (with any subsequent successor or assign, the "Creditor") for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in a 12x24 portable storage building bearing serial number 00868225 SEMUT-659160-1224-121223. (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; that the Debtor remains in possession of said property, and there being no response to the motion, the Court finds and, it is hereby

ORDERED that the Motion is GRANTED as provided herein; and it is further

ORDERED that the Property described herein is abandoned from the estate and surrendered by the Debtor; and it is further

1

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is terminated as to the Creditor's interests in the Property described herein to allow the Creditor's enforcement of its rights in, and remedies in and to the Property; and it is further

ORDERED that the stay imposed by Bankr. R. 4001(a)(4) is waived.

##END OF ORDER##

**PREPARED BY:**

*/s/ Nicholas D. Garrard*
Nicholas D. Garrard (MSB# 102404)
Wilkins Patterson, PA
PO Box 13429
Jackson, Mississippi 39236-3429
Tel: 601-366-4343
Email: ngarrard@wilkinspatterson.com
*Attorney for Red Oak Rentals LLC*