# Proceeding Minutes / Proceeding Memo

**Case #:** 24-51451  **Case Name:** Cassandra Lynnette Campbell

**Set:** 08/14/2025 10:30 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter:** Motion for Relief from Stay as to 12x24 portable storage building. ., Motion to Compel Abandonment . Filed by Creditor Red Oak Rentals, LLC (Attachments: # 1 Exhibit A - Lease and Payment History # 2 Proposed Order)  (Dkt. #36)

Minute Entry Re: (related document(s): [36] Motion for Relief From Stay filed by Red Oak Rentals, LLC) Garrard to submit an Agreed Order due by 08/28/2025. Called in by Garrard. (mcc)