#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Cassandra Lynnette Campbell, Debtor          Case No. 24-51451-KMS
                                                                              CHAPTER 13

### RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Creditor, Red Oak Rentals, LLC's Motion to Abandon Property and for Relief from the Automatic Stay (Dk# 36) as follows:

1. Debtor commenced this case on 10/10/2024 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor can continue making the payments.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

                                        Respectfully submitted,

                        By:     /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                        Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

            <u>/s/ Thomas C. Rollins, Jr.</u>
            Thomas C. Rollins, Jr.