_____



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: August 11, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CASSANDRA L. CAMPBELL** | ) | Case Number: 24-51451-KMS |
| | ) | |
| | ) | |
| **Debtor** | ) | **CHAPTER 13** |

## ORDER GRANTING MOTION TO ABANDON
## AND FOR RELIEF FROM THE AUTOMATIC STAY

Came on for consideration this day, upon the motion for abandonment of property and relief from automatic stay of Red Oak Rentals, LLC. [Doc. 36] (with any subsequent successor or assign, the "Creditor") for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in a 12x24 portable storage building bearing serial number 00868225 SEMUT-659160-1224-121223. (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; that the Debtor remains in possession of said property, and the parties having hereby agreed, the Court finds as follows:

As part of the confirmed Plan the Debtor assumed the lease with Red Oak Rentals, LLC, and agreed to pay monthly lease payments directly to Red Oak. The

1


Debtor has failed to make timely monthly lease payments and therefore the Motion is GRANTED as provided herein. Therefore it is

ORDERED that the Debtor shall bring her account current ($1,553.13) and continue leasing the property from Red Oak in accordance with the lease agreement with lease renewal payments due on the 13th day of each consecutive month. All other terms and conditions of the lease remain in effect, including the Debtor's option to terminate, and it is further

ORDERED, that a future default shall be automatically imposed if the Debtor fails to comply with this order, the terms of the lease agreement, or if her account falls more than 10 days past due on any future monthly lease payment.  In the event of any such failure or default, the stay shall be immediately terminated, without further order of this Court, to allow Red Oak Rentals, LLC's enforcement of its rights in, and remedies in and to, the Property.

##**END OF ORDER**##

**Prepared by:**

*/s/ Nicholas D. Garrard*_____
Nicholas D. Garrard (MSB# 102404)
Wilkins Patterson Smith Pumphrey & Stephenson
PO Box 13429
Jackson, Mississippi 39236-3429
Tel: 601-366-4343
Email: ngarrard@wilkinspatterson.com
*Attorney for Red Oak Rentals, LLC*

**Agreed:**

/s/ T.C. Rollins
_____

T.C. Rollins
*Attorney for Debtor*

  /s/Samuel J. Duncan, Atty for
_____

David Rawlings
*Ch. 13 Trustee*