United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                    Case No. 24-51451-KMS
Cassandra Lynnette Campbell                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                              User: mssbad                                    Page 1 of 2
Date Rcvd: Aug 11, 2025                           Form ID: pdf012                                 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cassandra Lynnette Campbell, 244 County Road 5286, Bay Springs, MS 39422-4534 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2025                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Nicholas D Garrard | on behalf of Creditor Red Oak Rentals  LLC ngarrard@wilkinspatterson.com, towens@wilkinspatterson.com;tpark@wilkinspatterson.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Cassandra Lynnette Campbell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6                     User: mssbad                          Page 2 of 2
Date Rcvd: Aug 11, 2025                  Form ID: pdf012                        Total Noticed: 1
TOTAL: 5



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 11, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CASSANDRA L. CAMPBELL | ) | Case Number: 24-51451-KMS |
| | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

### ORDER GRANTING MOTION TO ABANDON
### AND FOR RELIEF FROM THE AUTOMATIC STAY

Came on for consideration this day, upon the motion for abandonment of property and relief from automatic stay of Red Oak Rentals, LLC. [Doc. 36] (with any subsequent successor or assign, the "Creditor") for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in a 12x24 portable storage building bearing serial number 00868225 SEMUT-659160-1224-121223. (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; that the Debtor remains in possession of said property, and the parties having hereby agreed, the Court finds as follows:

As part of the confirmed Plan the Debtor assumed the lease with Red Oak Rentals, LLC, and agreed to pay monthly lease payments directly to Red Oak. The

1

Debtor has failed to make timely monthly lease payments and therefore the Motion is GRANTED as provided herein. Therefore it is

ORDERED that the Debtor shall bring her account current ($1,553.13) and continue leasing the property from Red Oak in accordance with the lease agreement with lease renewal payments due on the 13th day of each consecutive month. All other terms and conditions of the lease remain in effect, including the Debtor's option to terminate, and it is further

ORDERED, that a future default shall be automatically imposed if the Debtor fails to comply with this order, the terms of the lease agreement, or if her account falls more than 10 days past due on any future monthly lease payment. In the event of any such failure or default, the stay shall be immediately terminated, without further order of this Court, to allow Red Oak Rentals, LLC's enforcement of its rights in, and remedies in and to, the Property.

**##END OF ORDER##**

**Prepared by:**

*/s/ Nicholas D. Garrard*
Nicholas D. Garrard (MSB# 102404)
Wilkins Patterson Smith Pumphrey & Stephenson
PO Box 13429
Jackson, Mississippi 39236-3429
Tel: 601-366-4343
Email: ngarrard@wilkinspatterson.com
*Attorney for Red Oak Rentals, LLC*

2

**Agreed:**

/s/ T.C. Rollins

T.C. Rollins
*Attorney for Debtor*

/s/Samuel J. Duncan, Atty for

David Rawlings
*Ch. 13 Trustee*

3