# Proceeding Minutes / Proceeding Memo

**Case #:** 24-51451          **Case Name:** Cassandra Lynnette Campbell

**Set:** 08/19/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter**  Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 6/12/2025 Filed by Debtor Cassandra Lynnette Campbell Objections due 07/14/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order)  (Dkt. #33)

Response filed by the Trustee (Dkt. #34)

---

Minute Entry Re: (related document(s): [33] Motion and 30 Day Notice to Modify Plan filed by Cassandra Lynnette Campbell) Duncan to submit an Agreed Order. Order due by 09/02/2025. Email received from Duncan. (mcc)