_____



**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    CASSANDRA LYNNETTE CAMPBELL,
         DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 24-51451-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON
### MOTION TO MODIFY PLAN

    THIS DAY, THIS CAUSE came on to be considered on the Debtor's Motion to Modify Plan (Docket No. 33) and the Trustee's Response thereto (Docket No. 34) in regard to the Secured Claim of Bowers Auto's (B), which is secured by a 2014 Ford Explorer (a 910 vehicle), and the Court finds that no other Objections/Responses have been filed, and that the Court further finds the Motion should be granted, and the Trustee should disburse the insurance proceeds in accord with this Order.

    IT IS, THEREFORE, ORDERED AND ADJUDGED that: a) the Trustee shall disburse, from the insurance proceeds ($7,037.76) on the subject vehicle, which is abandoned and surrendered, and in accord with regular Plan receipts, as much as possible of the unpaid balance of the subject Secured Claim, which is currently $10,526.29, plus any applicable interest at 10%, with the unpaid balance of said Secured Claim reclassified as a General Unsecured Claim; b) upon the

receipt of said funds, the title to the subject vehicle shall be released by B to Viking/Dairyland Insurance Company.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Plan is so modified, with no change in the amount paid to the unsecured creditors.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed By:

/s/TC Rollins, Jr., Attorney
For the Debtor(s)

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net