OFFICE OF THE STANDING TRUSTEE
IN PROCEEDINGS UNDER CHAPTER 13 OF THE
UNITED STATES BANKRUPTCY CODE

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
TELEPHONE (601) 582-5011

DATE:  August 22, 2025

CASSANDRA LYNNETTE
CAMPBELL
244 COUNTY ROAD 5286
BAY SPRINGS, MS  39422

**RE:**   **NEW PLAN PAYMENT:  $745.00**
Case No.  24-51451 KMS

**REASON FOR DECREASE:  ORDER TO MODIFY PLAN TO SURRENDER VEHICLE, ADJUST OUT ARREARS**

Dear Debtor:

Your Chapter 13 Plan payment has been decreased to the above stated sum.

If you are paying direct, your next monthly Plan payment after the date of this letter will be the above sum and your Chapter 13 Plan will pay out within the time that you originally proposed.

A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTOR:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236