United States Bankruptcy Court
Southern District of Mississippi

In re: Cassandra Lynnette Campbell, Debtor

Case No. 24-51451-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 2
Date Rcvd: Aug 21, 2025 | Form ID: pdf012 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cassandra Lynnette Campbell, 244 County Road 5286, Bay Springs, MS 39422-4534 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

**Name**  **Email Address**

David Rawlings
ecfnotices@rawlings13.net  sduncan@rawlings13.net

Nicholas D Garrard
on behalf of Creditor Red Oak Rentals  LLC ngarrard@wilkinspatterson.com, towens@wilkinspatterson.com;tpark@wilkinspatterson.com

Samuel J. Duncan
on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
on behalf of Debtor Cassandra Lynnette Campbell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Aug 21, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 5

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   CASSANDRA LYNNETTE CAMPBELL,
         DEBTOR(S)

                                          CHAPTER 13 BANKRUPTCY
                                          CASE NO. 24-51451-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON
### MOTION TO MODIFY PLAN

THIS DAY, THIS CAUSE came on to be considered on the Debtor's Motion to Modify Plan (Docket No. 33) and the Trustee's Response thereto (Docket No. 34) in regard to the Secured Claim of Bowers Auto's (B), which is secured by a 2014 Ford Explorer (a 910 vehicle), and the Court finds that no other Objections/Responses have been filed, and that the Court further finds the Motion should be granted, and the Trustee should disburse the insurance proceeds in accord with this Order.

IT IS, THEREFORE, ORDERED AND ADJUDGED that: a) the Trustee shall disburse, from the insurance proceeds ($7,037.76) on the subject vehicle, which is abandoned and surrendered, and in accord with regular Plan receipts, as much as possible of the unpaid balance of the subject Secured Claim, which is currently $10,526.29, plus any applicable interest at 10%, with the unpaid balance of said Secured Claim reclassified as a General Unsecured Claim; b) upon the

receipt of said funds, the title to the subject vehicle shall be released by B to Viking/Dairyland Insurance Company.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Plan is so modified, with no change in the amount paid to the unsecured creditors.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed By:

/s/TC Rollins, Jr., Attorney
For the Debtor(s)

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net