IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CASSANDRA CAMPBELL ) | |
| ) | |
| ) | Case Number: 24-51451 |
| ) | |
| DEBTOR. ) | Chapter 13 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW CREDITOR, RIVER BEND RENTALS, LLC, owner of an executory contract/unexpired lease agreement for a portable building ("Rental Agreement"; attached hereto) with Debtor, Cassandra Campbell. RIVER BEND RENTALS, LLC ("Creditor") moves this Court, pursuant to Section 1325(a)(3), Section 1325(a)(7), Rule 4001, and otherwise, to enter an Order terminating the Automatic Stay imposed by Section 362 of the Bankruptcy Code as said stay applies to Creditor's interest in its property in possession of the Debtor. As grounds for its motion, Creditor states the following:

1. On or about June 14, 2023, Cassandra Campbell ("Debtor") entered into an executory contract/lease agreement ("Lease"; attached hereto) with Atwood Rentals, LLC, as Lessor, for the lease of a 12 x 24 Side Cabin (Inventory # 158826 1224 121421). All right and title in and to the subject portable building and Rental Agreement was assigned to River Bend Rentals, LLC, by way of assignment on June 14, 2023.

2. **Debtor assumed the Executory Contract and Unexpired Lease with Creditor in her confirmed plan, which called for regular monthly payments paid direct to Creditor, but has failed to make a payment since October 2024.**

3. **Debtor is behind on the monthly lease payments and is in default plus attorney fees, costs of court, and interest accruing,** yet has remained in possession of Creditor's

property. (See affidavit of Jennifer Woods; attached hereto). Accordingly, Debtor's Plan is not feasible, as Debtor cannot provide for a prompt cure, as required by 11 U.S.C. § 365, nor provide adequate protection to Creditor. Moreover, given Debtor being behind on the lease (during which time Debtor has had the use of the subject portable building), Creditor's rights in its property have been, and will continue to be, substantially and manifestly prejudiced.

5. Additionally, the portable building is not necessary for the effective administration of the bankruptcy estate, and Debtor does not (under any treatment of the debt) have an equity interest in the property, but remains in possession of it.

6. Accordingly, Creditor respectfully submits that it is entitled to an Order lifting the Stay imposed by Section 362 Bankruptcy Code in order to protect its interests in its property and cease any further economic damage.

**WHEREFORE**, Creditor, RIVER BEND RENTALS, LLC, respectfully requests that an Order be entered:

(a) Terminating, annulling, or modifying the automatic stay to permit RIVER BEND RENTALS. LLC to protect its interest in its property; and/or

(b) Awarding RIVER BEND RENTALS, LLC, and all such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** this the 29th day of January, 2026.

/s/ Patrick O. Gray
Patrick O. Gray,
Attorney for Creditor,
RIVER BEND RENTALS

**OF COUNSEL:**
Patrick O. Gray
Gray Law Group
1490 Northbank Parkway
Suite 263
Tuscaloosa, AL 35406
Telephone: (205) 469-7905
Email: patrick@gray-lawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day, January 29, 2026, filed electronically via ECF filing, and served a copy of the foregoing by U.S. Mail on:

Debtor's Attorney
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

David Rawlings
Chapter 13 Trustee's Office
PO Box 566
Hattiesburg, MS 39403
601-582 5011

Attached: Creditors Matrix

And via U.S. Mail, postage prepaid, to:

Debtor:
Cassandra Campbell
244 County Road 5286
Bay Springs, MS 39422

/s/ Patrick O. Gray
Of Counsel

**24-51451-KMS** Cassandra Lynnette Campbell
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Katharine M. Samson
**Date filed:** 10/10/2024 **Date of last filing:** 10/17/2024

# Creditors

**1st Franklin Financial**
Attn: Bankruptcy
135 East Tugalo Street　　　　　　　　　　　　(5428639)
Po Box 880　　　　　　　　　　　　　　　　　　(cr)
Toccoa, GA 30577

**Acima**
Attn: Bankruptcy
13907 Minuteman Dr　　　　　　　　　　　　　(5428640)
Draper, UT 84020　　　　　　　　　　　　　　　(cr)

**Advance America**
1710 Hwy 15 N
Ste B　　　　　　　　　　　　　　　　　　　　(5428641)
Laurel, MS 39440　　　　　　　　　　　　　　　(cr)

**Advance America, Cash Advance Centers of MS, LLC**
c/o Purpose Financial, Inc.
PO Box 3058　　　　　　　　　　　　　　　　(5429491)
Spartanburg, SC 29304　　　　　　　　　　　　(cr)

**Ascendium Education Solutions, Inc**
PO Box 8961　　　　　　　　　　　　　　　　(5429386)
Madison WI 53708-8961　　　　　　　　　　　(cr)

**Bay Center Mini**
15 Bay Ave　　　　　　　　　　　　　　　　　(5428642)
Bay Springs, MS 39422　　　　　　　　　　　　(cr)

**Bowers Auto Inc**
409 Front St　　　　　　　　　　　　　　　　(5428643)
Meridian, MS 39301　　　　　　　　　　　　　(cr)

**Dave Spending**
1265 S Cochran Rd　　　　　　　　　　　　　(5428644)
Los Angeles, CA 90019　　　　　　　　　　　　(cr)

**Eddie Campbell**
244 County Road 5286　　　　　　　　　　　　(5428645)
Bay Springs, MS 39422　　　　　　　　　　　　(cr)

**Empower Cash Advance**
660 York St
Ste 102　　　　　　　　　　　　　　　　　　　(5428646)
San Francisco, CA 94110　　　　　　　　　　　(cr)

**Family Choice**
1717 Gilbreath Dr　　　　　　　　　　　　　　(5428647)
　　　　　　　　　　　　　　　　　　　　　　(cr)

Laurel, MS 39440

**First Digital Card**  
Attn: Bankruptcy  
Po Box 85650  
Sioux Falls, SD 57118     (5428648) (cr)

**First Premier Bank**  
3820 N Louise Ave  
Sioux Falls, SD 57107     (5428649) (cr)

**Fortiva**  
Attn: Bankruptcy  
Po Box 105555  
Atlanta, GA 30348     (5428650) (cr)

**Genesis FS Card**  
Attn: Bankruptcy  
Po Box 4477  
Beaverton, OR 97076     (5428651) (cr)

**Imagine Credit**  
Po Box 105814  
Atlanta, GA 30348     (5428652) (cr)

**Jasper County Clinic**  
PO Box 527  
Bay Springs, MS 39422     (5428653) (cr)

**Laurel Loans**  
P.O. Box 1607  
Laurel, MS 39441     (5428654) (cr)

**Lvnv Funding**  
Attn: Bankruptcy  
Po Box 10497  
Greenville, SC 29603     (5428655) (cr)

**LVNV Funding, LLC**  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587     (5430682) (cr)

**MS Dept of Revenue**  
Bankruptcy Section  
PO Box 22808  
Jackson, MS 39225-2808     (5428656) (cr)

**Navy FCU**  
Attn: Bankruptcy  
Po Box 3000  
Merrifield, VA 22119     (5428657) (cr)

**Network Services, Inc**  
Attn: Bankruptcy  
Po Box 1725  
Hattiesburg, MS 39403     (5428658) (cr)

Pine Belt Credit LLC
120 N 15th Ave                                                            (5428659)
Laurel, MS 39440                                                          (cr)

Portfolio Recovery
Attn: Bankruptcy                                                          (5428660)
120 Corporate Blvd                                                        (cr)
Norfolk, VA 23502

Red Oak Rentals
PO Box 648                                                                (5428661)
Mayfield, KY 42066                                                        (cr)

REVVI
Attn: Bankruptcy                                                          (5428662)
Po Box 85800                                                              (cr)
Sioux Falls, SD 57118

River Bend Rentals
P.O. Box 5117                                                             (5428663)
South Fulton, TN 38257                                                    (cr)

Ron's Auto Sales
5036 Hwy 80                                                               (5428664)
Morton, MS 39117                                                          (cr)

Seventh Ave
Attn: Bankruptcy                                                          (5428665)
1112 7th Ave                                                              (cr)
Monroe, WI 53566

South Central
P.O. Box 607                                                              (5428666)
Laurel, MS 39441                                                          (cr)

Speedy Cash
3611 N. Ridge Rd.                                                         (5428667)
Wichita, KS 67205                                                         (cr)

Speedy/Rapid Cash
15 Bull Street Suite 200                                                  (5429396)
Savannah, GA 31401                                                        (cr)

Summit Financial
103 Hwy 11 S                                                              (5428668)
Ellisville, MS 39437                                                      (cr)

Total Finance, Inc
PO Box 146                                                                (5428669)
Meridian, MS 39301                                                        (cr)

Total Visa
Attn: Bankruptcy                                                          (5428670)
Po Box 84930                                                              (cr)
Sioux Falls,, SD 57118

World Finance Corp                                                        (5428671)
Attn: Bankruptcy                                                          (cr)