MSSB-7007.1-Adv (11/23)

## United States Bankruptcy Court
## Southern District of Mississippi

In re: **CASSANDRA CAMPBELL**

Debtor(s)

Case No.: 24-51451

Chapter: 13

Plaintiff(s)

Adv. Proc. No.: _____

Defendant(s)

### Corporate Ownership Statement

Pursuant to Fed. R. Bankr. P. 7007.1 and Miss. Bankr. L.R. 7007.1-1[1], **River Bend Rentals, LLC**, a party in the above-referenced adversary proceeding makes the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 01/30/2026

Attorney Signature

Patrick O. Gray
Attorney Name

1490 Northbank Pkwy # 263
Address

Tuscaloosa, AL 35406
City, State, and Zip Code

205 469 7905
Telephone Number

104030
State Bar Number

patrick@gray-lawgroup.com
Email Address

---

[1] Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.