IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CASSANDRA CAMPBELL | ) |
| | ) |
| | ) Case Number: 24-51451 |
| | ) |
| DEBTOR. | ) Chapter 13 |

### AFFIDAVIT OF JENNIFER WOODS

STATE OF TENNESSEE )
OBION COUNTY )

BEFORE ME, the undersigned authority, personally appeared Jennifer Woods, who being known to me and being first duly sworn, deposes and says as follows:

My name is Jennifer Woods and I am employed as Collections Manager for River Bend Rentals, LLC, a creditor in the above-styled cause. I am a custodian of the records of River Bend Rentals, LLC, kept and maintained in the ordinary course of business. I am personally familiar with the account of Cassandra Campbell, and am competent to testify to the facts contained herein. I make this affidavit for the purpose of providing evidence in support of the arguments and claims of River Bend Rentals, LLC.

The property made the subject matter of this action is a portable building being leased to Strickland, described as:

**One portable building; to wit: (1) 12 x 24 Side Cabin (Inventory # 158826 1224 121421).**

Atwood Rentals, LLC entered into a consumer Rental Agreement (hereinafter referred as "Rental Agreement") for a portable building, dated June 14, 2023, with Cassandra Campbell. All right and title in and to the subject portable building and Rental Agreement was assigned to River Bend Rentals, LLC, by way of assignment on June 14, 2023. A true and correct copy of the Rental Agreement is attached hereto as Exhibit "A" and incorporated herein. River Bend

Rentals, LLC retains an ownership interest and claims a possessory interest in that certain portable building; to wit: (1) 12 x 24 Side Cabin, wherever found, by virtue of the provisions of the Rental Agreement and Strickland's default thereunder.

Ms. Campbell remains in default under the terms of the Rental Agreement and now owes the full payoff amount under the Rental Agreement in the total amount of $12,370.22, with legal fees and costs accruing. Ms. Campbell has not made a payment since 10/14/2024, with 45 monthly payments unpaid. (See Pay History, attached).

There is a substantial risk of damage or loss to the above-described property and River Bend Rentals has and will continue to incur substantial monetary loss if Ms. Campbell is allowed to continue in default and possession. Additionally, the property continues to depreciate and/or deteriorate. Accordingly, River Bend Rentals, LLC needs to be able to protect its interests in the subject portable building under the terms of the Rental Agreement.

_____
Jennifer Woods
RIVER BEND RENTALS, LLC

SWORN TO and subscribed before me on this the ___5___ day of February, 2026.

_____
NOTARY PUBLIC
My Commission Expires: 5-19-26

[Seal: KAYCE L WORKMAN, TENNESSEE NOTARY PUBLIC, My Comm Exp. MAY 19TH, 2026, COUNTY OF OBION]

## Payment - User: JJW Level: 5

Account #: 104854

On file CC x 0 ACH x 0

Cust. Name CAMPBELL, CASSANDRA L
Alt. Name AUTH: EDDY CAMPBELL
Address 244 COUNTY ROAD 5286
City BAY SPRINGS    State MS    Apt    Zip 39422
Hm Phone    WK    X    Mess.    Cell 601-580-3911    Other
Zone 1160    Directions 244 COUNTY ROAD 5286  BAY SPRINGS, MS 39422-4534

☑ Always Display Actions

Email PAYTONCASSANDRA@YAHOO.COM

Commitment
Comments CHAPTER 13 BANKRUPTCY - W/ATTORNEY GRAY LAW

| CONTRACT# | DUE DATE | TYP/TRM | PAYMENT | LDW/int | OTHER | TOTAL | #PMT | NEXT DUE |
|---|---|---|---|---|---|---|---|---|
| 104854R | 10/26/24 | R   M | 274.89 | 0.00 | 225.00 | 4623.24 | 16 | 2/26/2026 |

GRAND TOTAL  4623.24

467 Days Overdue

Last Pmt/Amt: 10/14/2024  $292.89

```
                                        River Bend Rentals                              Employee: JJW
                                        PO Box 5117
                                        South Fulton, TN 38257
                                        844-292-3330

                                        **** PAYMENT HISTORY REPORT ****

CAMPBELL, CASSANDRA L                                                                   DATE: 2/5/26
244 COUNTY ROAD 5286            #                       ACCT#:    104854                TIME: 9:31:42 AM
BAY SPRINGS MS 39422
HM PHONE:   WK PHONE:
CELL PHONE: 601-580-3911 OTHER PHONE:   Message Phone:
-----------------------------------------------------------------------------------------------------

   Contract Information

Contract#   Type    Term    Due Date    Payment     LDW     Club    Tax     Total Payment  Other Charges Due
104854R     R       M       10/26/24    256.91      0.00    0.00    17.98   274.89         0.00

    Payment History

               Date       Date       Next                Days
Receipt#       Paid       Due        Due      Contract  Late    Pmt     LDW     Club    Other   Tax     Total   PF  Empl.  Time      CK Number        B.R. Adj
-------------------------------------------------------------------------------------------------------------------------------------------------------------
P010244524  10/14/24   N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    M   DWJ    06:37 AM                   0.00
P010244524  10/14/24   9/26/24    10/26/24  104854R    18    256.91    0.00    0.00   15.00   17.98  289.89    M   DWJ    06:37 AM   PD: 10/12/2024   0.00
P010243537  9/25/24    8/26/24    9/26/24   104854R    30    256.91    0.00    0.00   15.00   17.98  289.89    V   ALB    10:02 AM   PD: 09/25/2024   0.00
P010243537  9/25/24    N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    V   ALB    10:02 AM                   0.00
P010243009  9/13/24    N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    M   RBW    12:53 PM   Appr:025416      0.00
P010243009  9/13/24    7/26/24    8/26/24   104854R    49    256.91    0.00    0.00   15.00   17.98  289.89    M   RBW    12:53 PM   Appr:025416      0.00
P010240112  7/22/24    6/26/24    7/26/24   104854R    26    256.91    0.00    0.00   15.00   17.98  289.89    M   ADD    06:56 AM   PD: 07/19/2024   0.00
P010240112  7/22/24    N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    M   ADD    06:56 AM                   0.00
P010237932  6/10/24    N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    M   JJW    07:15 AM                   0.00
P010237932  6/10/24    5/26/24    6/26/24   104854R    15    256.91    0.00    0.00   15.00   17.98  289.89    M   JJW    07:15 AM   PD: 06/08/2024   0.00
P010235776  4/29/24    4/26/24    5/26/24   104854R     3    256.91    0.00    0.00    0.00   17.98  274.89    V   ALB    08:04 AM   PD: 04/28/2024   0.00
P010235776  4/29/24    N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    V   ALB    08:04 AM                   0.00
P010234228  4/1/24     N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    V   JJW    07:34 AM                   0.00
P010234228  4/1/24     3/26/24    4/26/24   104854R     6    256.91    0.00    0.00    0.00   17.98  274.89    V   JJW    07:34 AM   PD: 03/31/2024   0.00
P010232438  2/27/24    N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    V   ALB    11:08 AM                   0.00
P010232438  2/27/24    2/26/24    3/26/24   104854R     1    256.91    0.00    0.00    0.00   17.98  274.89    V   ALB    11:08 AM   PD: 02/27/2024   0.00
P010231234  2/5/24     N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    M   DWJ    07:12 AM                   0.00
P010231234  2/5/24     1/26/24    2/26/24   104854R    10    256.91    0.00    0.00    0.00   17.98  274.89    M   DWJ    07:12 AM   PD: 02/03/2024   0.00
P010229344  12/29/23  12/26/23    1/26/24   104854R     3    256.91    0.00    0.00    0.00   17.98  274.89    V   ABG    02:59 PM   PD: 12/29/2023   0.00
P010229344  12/29/23  N/A         N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    V   ABG    02:59 PM                   0.00
P010228011  12/4/23    N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    M   JJW    07:42 AM                   0.00
P010228011  12/4/23   11/26/23   12/26/23   104854R     8    256.91    0.00    0.00    0.00   17.98  274.89    M   JJW    07:42 AM   PD: 12/03/2023   0.00
P010225928  10/24/23  10/26/23   11/26/23   104854R     0    256.91    0.00    0.00    0.00   17.98  274.89    V   JLM    10:32 AM   PD: 10/24/2023   0.00
P010225928  10/24/23   N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    V   JLM    10:32 AM                   0.00
P010225057  10/6/23    N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    M   ABF    11:10 AM                   0.00
P010225057  10/6/23    9/26/23   10/26/23   104854R    10    256.91    0.00    0.00    0.00   17.98  274.89    M   ABF    11:10 AM   PD: 10/06/2023   0.00
P010222968  8/28/23    N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    M   JJW    07:27 AM                   0.00
P010222968  8/28/23    8/26/23    9/26/23   104854R     2    256.91    0.00    0.00    0.00   17.98  274.89    M   JJW    07:27 AM   PD: 08/26/2023   0.00
P010221403  7/27/23    7/26/23    8/26/23   104854R     1    256.91    0.00    0.00    0.00   17.98  274.89    M   JHL    02:24 PM   Appr:042827      0.00
P010221403  7/27/23    N/A        N/A                   0      0.00    0.00    3.00    0.00    0.00    3.00    M   JHL    02:24 PM   Appr:042827      0.00
R010219708  6/23/23    6/23/23    7/26/23   104854R     0      0.00    0.00    0.00  250.00    0.00  250.00    1   BLC    02:43 PM                       
```

## Contract Information - User: JJW Level: 5

CONTRACT INFORMATION

| | CONTRACT # | OPEN DATE | TYPE/TERM | TOTAL | PAID | DUE |
|---|---|---|---|---|---|---|
| 1 | 104854R | 6/23/23 | R   M | $16,493.62 | $4,123.41 | $12,370.22 |
| | MODEL USC | | PMT $256.91 | 60 | 15 | 45 |
| 2 | | | | | | |
| | MODEL | | | | | |
| 3 | | | | | | |
| | MODEL | | | | | |
| 4 | | | | | | |
| | MODEL | | | | | |
| 5 | | | | | | |
| | MODEL | | | | | |
| 6 | | | | | | |
| | MODEL | | | | | |
| 7 | | | | | | |
| | MODEL | | | | | |
| 8 | | | | | | |
| | MODEL | | | | | |
| 9 | | | | | | |
| | MODEL | | | | | |
| A | | | | | | |
| | MODEL | | | | | |

The figures on this screen INCLUDE Tax (except PMT)

Deposit Balance
0.00

Payoff with Deposit subtracted: $8,109.18