# Proceeding Minutes / Proceeding Memo

**Case #:** 24-51451     **Case Name:** Cassandra Lynnette Campbell

**Set:** 02/26/2026 10:30 am   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson

**matter** Motion for Relief from Stay as to 12 x 24 Side Cabin. . Filed by Creditor River Bend Rentals, LLC (Attachments: # 1 Exhibit Redacted Lease)  (Dkt. #55)

Affidavit of Jennifer Woods (Dkt. #61)

---

Minute Entry Re: (related document(s): [55] Motion for Relief From Stay filed by River Bend Rentals, LLC) Gray to submit an Agreed Order. Order due by 03/12/2026. Called in by Gray's office. (mcc)