

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 1, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CASSANDRA CAMPBELL | ) | |
| | ) | |
| | ) | **Case Number: 24-51451** |
| | ) | |
| DEBTOR. | ) | **Chapter 13** |

## <u>ORDER LIFTING STAY</u>

Creditor, RIVER BEND RENTALS, LLC filed a Motion for Relief from Stay (Doc. #55). Movant's Motion was set to be heard on February 26, 2026. Upon consideration of Creditor's Motion, there being no defense to the motion, and for good cause shown, it is hereby:

**ORDERED**, **ADJUDGED** and **DECREED** as follows:

Creditor's Motion for Relief from Automatic Stay is **GRANTED**.  The automatic stay is **LIFTED** as to Movant's rights in its subject lease with Debtor and as to Movant's rights in its property; to wit: the portable building the subject of the lease between the parties, one (1) 12 x 24 Side Cabin (Inventory # 158826 1224 121421)**,** and Movant is free

to take all necessary action in in accordance with all its legal and contractual rights of possession of the subject building.

.

##END OF ORDER##

This Order was prepared by:

/s/ Patrick O. Gray
Patrick O. Gray
Attorney for Movant
1490 Northbank Parkway
Suite 263
Tuscaloosa, AL 35406
Telephone: (205) 469-7905
patrick@gray-lawgroup.com


Approved by:

/s/Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

Approved by:

/s/ Brian Wilson, Atty for
/s/_____
David Rawlings
Chapter 13 Trustee's Office
PO Box 566
Hattiesburg, MS 39403
601-582 5011