United States Bankruptcy Court

Southern District of Mississippi

In re:

Cassandra Lynnette Campbell

     Debtor

Case No. 24-51451-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 01, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cassandra Lynnette Campbell, 244 County Road 5286, Bay Springs, MS 39422-4534 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Nicholas D Garrard | on behalf of Creditor Red Oak Rentals  LLC ngarrard@wilkinspatterson.com, towens@wilkinspatterson.com;tpark@wilkinspatterson.com |
| Patrick Gray | on behalf of Creditor River Bend Rentals  LLC patrick@gray-lawgroup.com, emily@gray-lawgroup.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Cassandra Lynnette Campbell trollins@therollinsfirm.com |

District/off: 0538-6 | User: mssbad | Page 2 of 2
Date Rcvd: Apr 01, 2026 | Form ID: pdf012 | Total Noticed: 1

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| **IN RE:** | ) | | |
| | ) | | |
| **CASSANDRA CAMPBELL** | ) | | |
| | ) | | |
| | ) | **Case Number: 24-51451** | |
| | ) | | |
| **DEBTOR.** | ) | **Chapter 13** | |

## <u>ORDER LIFTING STAY</u>

Creditor, RIVER BEND RENTALS, LLC filed a Motion for Relief from Stay (Doc. #55). Movant's Motion was set to be heard on February 26, 2026. Upon consideration of Creditor's Motion, there being no defense to the motion, and for good cause shown, it is hereby:

**ORDERED**, **ADJUDGED** and **DECREED** as follows:

Creditor's Motion for Relief from Automatic Stay is **GRANTED**.  The automatic stay is **LIFTED** as to Movant's rights in its subject lease with Debtor and as to Movant's rights in its property; to wit: the portable building the subject of the lease between the parties, one (1) 12 x 24 Side Cabin (Inventory # 158826 1224 121421)**,** and Movant is free

to take all necessary action in in accordance with all its legal and contractual rights of

possession of the subject building.

.

##END OF ORDER##

This Order was prepared by:

/s/ Patrick O. Gray
Patrick O. Gray
Attorney for Movant
1490 Northbank Parkway
Suite 263
Tuscaloosa, AL 35406
Telephone: (205) 469-7905
patrick@gray-lawgroup.com

Approved by:

/s/Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

Approved by:

/s/ Brian Wilson, Atty for
/s/_____
David Rawlings
Chapter 13 Trustee's Office
PO Box 566
Hattiesburg, MS 39403
601-582 5011