**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Cassandra Lynnette Campbell, Debtor**         Case No. 24-51451-KMS
                                                              **CHAPTER 13**

**<u>NOTICE</u>**

The above referenced debtor has filed papers with the court to allow payment arrearage. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  April 22, 2026            Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O Box 13767
                                             Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Cassandra Lynnette Campbell, Debtor          Case No. 24-51451-KMS
                                                                          **CHAPTER 13**

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1.  Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2.  Debtor fell behind on her payments.

3.  Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4.  Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in May 2026.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on April 22, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CASSANDRA LYNNETTE CAMPBELL

CASE NO: 24-51451-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/23/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/23/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CASSANDRA LYNNETTE CAMPBELL

CASE NO: 24-51451-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/23/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/23/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-51451-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED APR 22 13-45-18 PST 2026

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

RED OAK RENTALS  LLC
CO WILKINS PATTERSON
4735 OLD CANTON RD  SUITE 108
JACKSON  MS 39211-5526

RIVER BEND RENTALS  LLC
GRAY LAW GROUP
CO PATRICK O GRAY
1490 NORTHBANK PKWY
SUITE 263
TUSCALOOSA  AL 35406-2440

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

1ST FRANKLIN FINANCIAL
ATTN BANKRUPTCY
135 EAST TUGALO STREET
PO BOX 880
TOCCOA  GA 30577-0880

1ST FRANKLIN FINANCIAL CORPORATION
ATTN ADMIN SERVICES
PO BOX 880
TOCCOA GA 30577-0880

ACIMA
ATTN BANKRUPTCY
13907 MINUTEMAN DR
DRAPER  UT 84020-9879

ADVANCE AMERICA
1710 HWY 15 N
STE B
LAUREL  MS 39440-1891

ADVANCE AMERICA  CASH ADVANCE CENTERS OF MS
CO PURPOSE FINANCIAL  INC
PO BOX 3058
SPARTANBURG  SC 29304-3058

ASCENDIUM EDUCATION SOLUTIONS  INC
PO BOX 8961
MADISON WI 53708-8961

BANK OF MISSOURI
2700 S LORRAINE PLACE
SIOUX FALLS  SD 57106-3657

BARN MANAGEMENT GROUP
PO BOX 648
MAYFIELD  KY 42066-0033

BAY CENTER MINI
15 BAY AVE
BAY SPRINGS  MS 39422

BOWERS AUTO INC
409 FRONT ST
MERIDIAN  MS 39301-4502

DAVE SPENDING
1265 S COCHRAN RD
LOS ANGELES  CA 90019-2846

EDDIE CAMPBELL
244 COUNTY ROAD 5286
BAY SPRINGS  MS 39422-4534

EMPOWER CASH ADVANCE
660 YORK ST
STE 102
SAN FRANCISCO  CA 94110-2102

(P)FAMILY CHOICE FINANCIAL
3208 SERVICE DRIVE
SUITE E
PEARL MS 39208-3539

FIRST DIGITAL CARD
ATTN BANKRUPTCY
PO BOX 85650
SIOUX FALLS  SD 57118-5650

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

FORTIVA
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA  GA 30348-5555

GENESIS FS CARD
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON  OR 97076-4401

(P)HUNTINGTON NATIONAL MANAGEMENT LLC
ATTN STANLEY KUBIAK
PO BOX 1158
HAMBURG NY 14075-9158

EXCLUDE

IMAGINE CREDIT
PO BOX 105814
ATLANTA  GA 30348-5814

JASPER COUNTY CLINIC
PO BOX 527
BAY SPRINGS  MS 39422-0527

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LAUREL LOANS
PO BOX 1607
LAUREL  MS 39441-1607

LAUREL LOANS FINANCIAL  INC
744 WEST 5TH STREET
LAUREL  MS 39440-3429

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

(P)MERCHANTS ADJUSTMENT SERVICE  INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

MRV BANKS
2700 S LORRAINE PLACE
SIOUX FALLS  SD 57106-3657

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

NAVY FCU
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIELD  VA 22119-3000

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

NETWORK SERVICES  INC
ATTN BANKRUPTCY
PO BOX 1725
HATTIESBURG  MS 39403-1725

NICHOLAS D GARRARD  ESQ
WILKINS PATTERSON  PA
FOR RED OAK RENTALS  LLC
POST OFFICE BOX 13429
JACKSON  MS 39236-3429

PINE BELT CREDIT  LLC
120 N 15TH AVE
LAUREL  MS 39440-4120

EXCLUDE

EXCLUDE

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~(D)PINE BELT CREDIT LLC~~
~~120 N 15TH AVE~~
~~LAUREL  MS 39440-4120~~

~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
PO BOX 788
KIRKLAND  WA  98083-0788

(P)MRV BANKS
871 STE GENEVIEVE DR
STE GENEVIEVE MO 63670-1406

RED OAK RENTALS
PO BOX 648
MAYFIELD  KY 42066-0033

RIVER BEND RENTALS
PO BOX 5117
SOUTH FULTON  TN 38257-0117

RONS AUTO SALES
5036 HWY 80
MORTON  MS 39117-3600

SEVENTH AVE
ATTN BANKRUPTCY
1112 7TH AVE
MONROE  WI 53566-1364

SEVENTH AVENUE
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS  TX 75380-0849

SOUTH CENTRAL CLINICS
LANE W STAINES  ESQ
1220 JEFFERSON STREET
LAUREL  MS 39440-4355

SOUTH CENTRAL REGIONAL MEDICAL CENTER
LANE W STAINES  ESQ
1220 JEFFERSON STREET
LAUREL  MS 39440-4355

SPEEDY CASH
3611 N RIDGE RD
WICHITA  KS 67205-1214

SPEEDYRAPID CASH
15 BULL STREET SUITE 200
SAVANNAH  GA 31401-2686

SUMMIT FINANCIAL SERVICES  CORP
105 S 16TH AVE  SUITE C
LAUREL  MS 39440-4170

EXCLUDE

TOTAL FINANCE  INC
PO BOX 146
MERIDIAN  MS 39302-0146

TOTAL VISA
ATTN BANKRUPTCY
PO BOX 84930
SIOUX FALLS   SD 57118-4930

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

WEBBANK
PO BOX 105555
ATLANTA  GA 30348-5555

WORLD FINANCE COMPANY OF MISSISSIPPI  LLC
WORLD ACCEPTANCE CORPORATION ATTN BANKR
PO BOX 6429
GREENVILLE  SC 29606-6429

WORLD FINANCE CORP
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE  SC 29606-6429

DEBTOR

EXCLUDE

EXCLUDE

CASSANDRA LYNNETTE CAMPBELL
244 COUNTY ROAD 5286
BAY SPRINGS  MS 39422-4534

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767